```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANGELA REYNOLDS,                                                 :
                                                                 :
                                                Plaintiff,       :    1:21-cv-1132-GHW
                                                                 :
                        -v -                                     :    ORDER
                                                                 :
AMTRAK, *a/k/a national railroad passenger corporation*,         :
LONG ISLAND RAILROAD, and                                        :
METROPOLITAN TRANSIT AUTHORITY                                   :
                                                                 :
                                                Defendants.      :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      This case has been reassigned to Judge Gregory H. Woods. Counsel are directed to review and comply with the Court's Individual Rules of Practice in Civil Cases (available at the Court's website, https://nysd.uscourts.gov/hon-gregory-h-woods).

      SO ORDERED.

Dated: April 11, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge