UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA REYNOLDS,

                Plaintiff,                    **ORDER**

      -against-                           21-CV-1132 (GHW) (JW)

AMTRAK ET AL,

                Defendants.
------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      For the reasons explained during the parties' April 27, 2022 conference (see Dkt. No. 49), Defendants must produce all repair, work order, completion of work inspection, and inspection report documents relating to the escalator at issue from November 2019 to January 2021. The period for which Defendants must search documents may narrow depending on the documents Defendants find. If Defendants find that changes to the escalator enclosure or changes to lighting surrounding the escalator were made prior to January 2021, the search period will close at the latter date of such changes. If no changes were made to the escalator enclosure or the lighting surrounding the escalator, the search period will close on January 31, 2021. Given Defendants' failure to produce documents as the Court ordered during the parties' April 27, 2022 conference, fact discovery is extended to October 28, 2022 and expert discovery is extended to November 28, 2022. Plaintiff may file a motion for sanctions for costs and fees associated with docket numbers 34 and 47. The parties shall request an adjournment of their September 14, 2022 post-discovery conference before Judge Woods.

      SO ORDERED.

Dated: July 28, 2022
       New York, New York

                                                  */s/ Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge