```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
ANGELA REYNOLDS,                                                  :
                                                                  :
                                    Plaintiff,                    :    1:21-cv-1132-GHW-JW
                                                                  :
                    -v -                                          :    ORDER
                                                                  :
AMTRAK *a/k/a National Railroad Passenger*                        :
*Corporation*, et al.,                                            :
                                                                  :
                                    Defendants.                   :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On March 22, 2023, Judge Willis granted Plaintiff's request that discovery be extended until 30 days following receipt of documents sought under a third-party subpoena. Dkt. No. 71. On April 24, 2023, Plaintiff filed a letter indicating that that production was complete. Dkt. No. 76. Accordingly, discovery will close on May 24, 2023.[1] Motions for summary judgment, if any, shall be filed no later than June 23, 2023. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2) and the Court's Individual Rule 2(E), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing on or before May 31, 2023. The parties should review the Court's Individual Rule 2(E) for further details on the submission of, and responses to, pre-motion letters.

      The Court will hold a status conference by telephone on June 9, 2023, at 2:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule

---

[1] Any requests relating to discovery should continue to be directed to Judge Willis in the first instance. *See* Dkt. No. 36.

2(B) of the Court's Individual Rules. A joint letter updating the Court on the status of the case should be filed on ECF by May 31, 2023. The letter should include the following information in separate paragraphs:

1) all existing deadlines, due dates, and/or cut-off dates;

2) a brief description of any outstanding motions;

3) a brief description of the status of discovery and of any additional discovery that remains to be completed;

4) the status of settlement discussions;

5) the anticipated length of trial and whether the case is to be tried to a jury;

6) whether the parties anticipate filing motions for summary judgment; and

7) any other issues the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

SO ORDERED.

Dated: May 11, 2023
New York, New York

GREGORY H. WOODS
United States District Judge