```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                          :
ANGELA REYNOLDS,                          :
                                          :
                          Plaintiff,      :      1:21-cv-1132-GHW
                                          :
            -v -                          :      ORDER
                                          :
AMTRAK, *et al.*,                         :
                                          :
                          Defendants.     :
                                          :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated May 24, 2023, Dkt. No. 80, the parties were directed to submit the joint status letter described in the Court's May 11, 2023 order, Dkt. No. 77, to the Court no later than August 29, 2023. The Court has not received that letter. The parties are directed to comply with the Court's May 24, 2023 order forthwith.

SO ORDERED.

Dated: August 31, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge