# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

SOPHIA REE
MEMBER
TEL: (212) 393-7923
EMAIL: sree@lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard,
Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

October 19, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2023

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:   *Angela Reynolds v. Amtrak, Long Island Railroad and MTA*
      Case No. 1:21-cv-01132-(GHW) (JW)

Dear Judge Woods:

We represent Defendants Amtrak, Long Island Railroad ("LIRR") and Metropolitan Transit Authority ("MTA") ("Defendants") in connection with the above-referenced matter.

With the consent of Plaintiff's counsel, Defendants write to request an adjournment of the October 31, 2023, pre-motion conference to discuss Defendants' proposed motion for summary judgment. [ECF Docket No. 100]. The undersigned has a conflict and cannot attend the October 31st conference.

The parties have conferred and are available on November 7, November 9, and November 10.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

*Sophia Ree*
Sophia Ree

---

Application granted.  Defendants' request to adjourn the October 31, 2023 pre-motion conference is granted.  The pre-motion conference is adjourned to November 9, 2023 at 2:00 p.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 102.

SO ORDERED.

Dated:  October 19, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge