# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| SOPHIE REE<br>MEMBER<br>TEL: (212) 393-7923<br>EMAIL: sree@lcbf.com | 120 BROADWAY<br>13TH FLOOR<br>NEW YORK, NEW YORK 10271<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>4th Floor<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br>One Penn Center<br>1617 JFK Boulevard,<br>Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

January 24, 2024

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2024

**MEMORANDUM ENDORSED**

Re:  *Angela Reynolds v. Amtrak, Long Island Railroad and MTA*
Case No. 1:21-cv-01132 (GHW)

Dear Judge Woods:

We represent Defendants Amtrak, Long Island Railroad ("LIRR") and Metropolitan Transit Authority ("MTA") ("Defendants") in connection with the above-referenced matter.

With the consent of Plaintiff, we write to request a two-week extension of the briefing schedule for Defendant Amtrak's motion for summary judgment. Currently, the initial motion papers are due January 26, 2024, response papers are due February 23, 2024, and reply papers are due March 8, 2024.

The new briefing schedule would be as follows:

- Initial motion papers due February 9, 2024
- Response papers due March 8, 2024
- Reply papers due March 22, 2024

Due to the undersigned's conflicting commitments and deadlines, Defendant Amtrak respectfully requests a two-week extension of the briefing schedule. This is Defendant Amtrak's first request for an extension of time.

Hon. Gregory H. Woods
January 24, 2024
Page 2

    We thank Your Honor for your consideration of this request.

                                        Respectfully submitted,

                                        *Sophia Ree*
                                        Sophia Ree

Application granted.  Defendant Amtrak's January 24, 2024 request for an extension of time to file its motion for summary judgment, Dkt. No. 111, is granted.  Defendant's motion for summary judgment is due February 9, 2024.  Plaintiff's opposition is due no later than March 8, 2024.  Defendant's reply, if any, is due March 22, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 111.

SO ORDERED.

Dated: January 24, 2024
New York, New York

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge