

## THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

Attorneys and Counselors at Law
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K.Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

March 5, 2024

**VIA ELECTRONIC CASE FILING**
Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2024
```

**MEMORANDUM ENDORSED**

Re:   Reynolds v. Amtrak, et al.,
      Docket No.: CV-21-1132 (GHW)(JW)

Dear Judge Woods:

As your records will reflect, we are the attorneys representing the Plaintiff, Angela Reynolds, in the above referenced matter. We are writing this letter to respectfully request a 30 day extension for Plaintiff to oppose Defendant Amtrak's summary judgment motion.

The reason for this request is because Plaintiff's office is preparing for a trial that is scheduled to commence on March 19, 2024, as well as having several other summary judgment opposition papers due this week and next week. Currently, the briefing schedule is Plaintiff's opposition to Defendant's motion is due on March 8, 2024 and Defendant's reply is due on March 22, 2024. We are proposing the following schedule below:

- Plaintiff's Opposition to Summary Judgment Motion due April 8, 2024
- Defendant's Reply due April 29, 2024

In light of the aforementioned, Plaintiff respectfully request the Court grant the proposed briefing schedule. This is Plaintiff's first request for an extension. Defendant has consented to this request.

We graciously thank the Court for its consideration and attention to this matter.

Respectfully submitted,
*Cobia M. Powell*
COBIA M. POWELL

Application granted. Plaintiff's opposition to Defendant Amtrak's summary judgment motion is due April 8, 2024. Defendant Amtrak's reply brief is due April 29, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 120.
SO ORDERED.

cc: Sophia Ree, Esq. (via ecf)
CMP.pl

Dated: March 5, 2024
New York, New York

GREGORY H. WOODS
United States District Judge