UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
ANGELA REYNOLDS,

                      Plaintiff,

    -against-                                     21 **CIVIL** 1132 (GHW)

## **JUDGMENT**

AMTRAK, a/k/a NATIONAL RAILROAD
PASSENGER CORPORATION.,

                     Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 27, 2024, Defendant's motion for summary judgment is GRANTED. Dkt. No. 116. Plaintiff's claims are dismissed with prejudice. Judgment entered for defendant Amtrak, and the case is closed.

**Dated:** New York, New York

      September 27, 2024

                                                             **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                                          **BY:**
                                                             **Deputy Clerk**